NO. 11-3190

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

FLAVA WORKS, INC.,

PLAINTIFF-APPELLEE,

v.

MARQUES RONDALE GUNTER d/b/a/

myVIDSTER.com and SalsaIndy, LLC,

DEFENDANTS-APPELLANTS.

On Appeal From The United States District Court
For The Northern District of Illinois, Eastern Division
Case No. 1:10-cv-06517
Honorable John F. Grady, District Judge

**MOTION OF AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION AND PUBLIC KNOWLEDGE FOR LEAVE TO FILE AMICI BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS MARQUES RONDALE GUNTER**

Julie P. Samuels
(ARDC# 6287282)
ELECTRONIC FRONTIER
FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
julie@eff.org
*Attorneys for Amici Curiae*

Pursuant to Federal Rules of Appellate Procedure 29 and 35, the Electronic Frontier Foundation ("EFF") and Public Knowledge respectfully move this Court for leave to file an *amici curiae* brief in support of Plaintiff-Appellee in the above-captioned matter.

I.   **Statement of Interest of Amici Curiae**

EFF is a nonprofit civil liberties organization that has worked for more than 20 years to protect consumer interests, innovation, and free expression in the digital world.  EFF and its almost 15,000 dues-paying members have a strong interest in assisting the courts and policy-makers in striking the appropriate balance between copyright law and the public interest. As part of its mission, EFF has often served as *amicus* in key copyright cases, including *Golan v. Holder*, 131 S. Ct. 1600 (2011), *Costco Wholesale Corp. v. Omega, S.A.*, 131 S. Ct. 565 (2010*), UMG Recordings, Inc. v. Veoh Networks, Inc*., Case No. 09-56777 (9th Cir.), *and Viacom Int'l, Inc. v. YouTube, Inc*., Case Nos. 10-3720 and 10-3342 (2nd Cir). Also, along with several law school clinics, EFF created the Chilling Effects website, which monitors and collects data on legal complaints made on the Internet.

Public Knowledge is a non-profit public interest 501(c)(3) corporation, working to defend citizens' rights in the emerging digital culture. Its primary mission is to promote innovation, protect the legal rights of all users of copyrighted works, and ensure that copyright law remains balanced and does not slow technology innovation, unduly burden free speech, shrink the public domain, or prevent fair use. In furtherance of these goals, Public Knowledge has participated as *amicus curiae* in several central copyright cases before the Supreme Court and appellate courts, including *Golan v. Holder*, 131 S. Ct. 1600 (2011), *Costco Wholesale Corp. v. Omega, S.A.*, 131 S. Ct. 565 (2010), and *Cartoon Network, LP v. CSC Holdings, Inc.*, 536 F.3d 121 (2d Cir. 2008).

EFF and Public Knowledge file this brief in order to assist the Court in its consideration of public and consumer interest in this matter, as well as the proper scope of injunctive relief in light of the Supreme Court's *eBay* decision, along with the role of section 512(i) of the Digital Millennium Copyright Act ("DMCA").

**II.     Issues Addressed by Movants in the Brief**

In order to continue apace, today's thriving marketplace of innovative online services requires a stable legal climate. Because failing to apply the Supreme Court's *eBay* standard and erroneously interpreting §512(i) could chill legitimate innovation to the detriment of consumers, the technology sector, and the public interest, *Amici* seek leave to file the attached *amicus curiae* brief.

As discussed further in the accompanying brief, an unbalanced standard for preliminary injunction, such as the one many courts applied before *eBay, Inc. v. MercExchange L.L.C.,* 547 U.S. 388 (2006), can easily chill innovation, as services are effectively put out of business before a court can ever reach a determination on the merits of a claim. The *eBay* decision helped remedy this problem by holding that courts could not apply "general rules" when determining whether to issue injunctive relief, in other words, not decide equity through formulas. Unfortunately, the district court below did just that when it issued its injunction, applying general rules to at least three of the four preliminary injunction standards.

Moreover, by failing to explain that the relief granted was tailored for Appellants, the district court's ruling may easily be interpreted to expand the scope of §512(i) beyond Congressional intent and contrary to the weight of other authority. This kind of instability in the law hinders, rather than facilitates, "robust development and world-wide expansion of electronic

commerce, communications, research, development, and education …," Congress' stated goals in enacting the DMCA. S. REP. NO. 105-190, at 102 (1998).

*Amici* believe the attached brief will help the Court understand why the district court's reasoning is flawed as a matter of law, as well as understand the potential policy ramifications of that order.

## CONCLUSION

For the above reasons, EFF and Public Knowledge respectfully request this Court's leave to submit the accompanying brief.

Dated: November 30, 2011                By:  /s/ Julie P. Samuels

                                            Julie P. Samuels
                                            ELECTRONIC FRONTIER FOUNDATION
                                            454 Shotwell Street
                                            San Francisco, CA 94110
                                            Telephone:  (415) 436-9333
                                            Facsimile:   (415) 436-9993
                                            julie@eff.org

                                            *Attorneys for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on November 30, 2011.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: November 30, 2011

By:   /s/ Julie P. Samuels

Julie P. Samuels
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:  (415) 436-9333
Facsimile:   (415) 436-9993
julie@eff.org

*Attorneys for Amici Curiae*